UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIVERSIFIED CONSULTANTS, INC., et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0590 TLC AC PS<br><br>ORDER |

On July 28, 2017, this court dismissed plaintiff's complaint and instructed plaintiff to file within 30 days an amended complaint adhering to the court's order and the Federal Rules of Civil Procedure. ECF No. 3. On August 25, 2017, plaintiff requested a 60-day extension of time to file his first amended complaint in order to "seek legal advice and/or obtain legal representation." ECF No. 4. On August 29, 2017, this court granted the extension. ECF No. 5.

That deadline has now passed, and plaintiff has not filed the anticipated amended complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why this case should not be dismissed for failure to prosecute. The filing of an

////

////

////

1

amended complaint will discharge this order. Failure to comply with this order may result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

DATED: November 1, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE